UNITED STATES of America,
Appellee,

v.

Sandra RISHER, Appellant.

No. 01–3422.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 12, 2002.

Filed Aug. 15, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Sandra Risher pleaded guilty to making and uttering forged securities, in violation of 18 U.S.C. § 513. The district court[1] increased Risher's offense level by 2 levels for abuse of a position of private trust, granted her a downward departure, and sentenced her to 15 months imprisonment, 3 years supervised release, and restitution in the amount of $273,525.95. On appeal, Risher argues that the district court erred in applying the abuse-of-trust increase.

We conclude that the district court did not err. *See United States v. Baker,* 200 F.3d 558, 563 (8th Cir.2000) (standard of review). The undisputed testimony of Risher's former employer at sentencing was sufficient to warrant application of the increase. *See United States v. Brelsford,* 982 F.2d 269, 272 (8th Cir.1992).

Accordingly, we affirm.

1. The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri.